**UNITED STATES BANKRUPTCY COURT**
Northern District of Georgia
Atlanta Division
1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
www.ganb.uscourts.gov

In
Re:    **Tyler Ryan Patrick**

Case No.: **22−55518−bem**
Chapter: **7**
Judge: **Barbara Ellis−Monro**

## *ORDER SETTING DEADLINE TO CORRECT FILING DEFICIENCY PURSUANT TO GENERAL ORDER 45−2021*

Pursuant to General Order 45−2021, which provides filing options for debtors not represented by an attorney ("Pro Se Debtors"), the debtor submitted document(s) on 7/20/22. General Order 45−2021 requires Pro Se Debtors to mail certain original signed documents submitted by email or fillable form to the Court within ten (10) days of submission.

**To be Filed by 08/01/22**
Original Voluntary Petition (Form B101) filed by Tyler Ryan Patrick
Original Statement About Social Security Number (Form B121) filed by Tyler Ryan Patrick

**If, by the date set forth above, the debtor fails to file the required papers or correct the deficiencies, the Court may strike the pleading or dismiss this case without further notice or hearing.**

**The Clerk will serve this order on the debtor and the Trustee.**

SO ORDERED, on July 22, 2022.

Form 437 − Revised August 2021

Barbara Ellis−Monro
United States Bankruptcy Judge