

**IT IS ORDERED as set forth below:**

**Date: July 22, 2022**

_____

**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 22-55518-bem |
| Tyler Ryan Patrick, | |
| Debtor. | CHAPTER 7 |

**ORDER GRANTING APPLICATION TO HAVE CHAPTER 7 FILING FEE WAIVED**

On July 20, 2022, Debtor filed an Application for Waiver of the Chapter 7 Filing Fee ("Application") [Doc. No. 4]. The Application shows monthly income of $0 and a 1-person household.

Pursuant to 28 U.S.C. § 1930(f)(1), a debtor qualifies for waiver of the Chapter 7 filing fee if that debtor: 1) has income less than 150% of the official poverty line income applicable to a family of the size involved (as last published by the United States Department of Health and Human Services) and 2) is unable to pay the filing fee in installments. In 2022, the official poverty line income amount for a 1-person household is $13,590. *See* https://aspe.hhs.gov/poverty-guidelines.

Since Debtor's annual income ($0) is below 150% of the DHHS poverty level for a 1-person household ($20,385), Debtor qualifies for a waiver of the Chapter 7 filing fee.

Upon consideration of Debtor's Application to Have the Chapter 7 Filing Fee Waived [Doc. No. 4], it is hereby

**ORDERED** that the Application is *granted*; however, this Order is subject to being vacated at a later time if developments in the administration of this case demonstrate that the waiver was unwarranted.

The Clerk is directed to serve a copy of this Order upon Debtor and the Chapter 7 Trustee.

**\*\* Mailing Address**

United States Bankruptcy Court
1340 Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

**END OF ORDER**