**IT IS ORDERED as set forth below:**

**Date: August 4, 2022**



_____

**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 22-55518-BEM |
| TYLER RYAN PATRICK, | |
| Debtor. | CHAPTER 7 |

### O R D E R

This matter is before the Court on Debtor's *Motion for Extension under FRBP 1007(c) and LBR 1007-1*, in which Debtor seeks an extension of time to file required documents. [Doc. 14]. Having read and considered the Motion, it is ORDERED that the Motion is GRANTED, and Debtor shall file required documents not later than **August 8, 2022**.

### END OF ORDER

**Distribution List**

Tyler Ryan Patrick
1687 Terrell Ridge Dr.
Marietta, GA 30067

Neil C. Gordon
Arnall, Golden & Gregory, LLP
Suite 2100
171 17th Street, NW
Atlanta, GA 30363