# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| TYLER RYAN PATRICK, | ) | |
| | ) | CASE NO. 22-55518-BEM |
| Debtor. | ) | |
| | ) | |

## WITHDRAWAL OF DOCUMENT

COMES NOW Neil C. Gordon, successor Trustee of the estate of the above-named debtor, Tyler Ryan Patrick, and hereby withdraws Chapter 7 Trustee's Report of No Distribution filed on August 26, 2022.

This 29th day of August, 2022.

                                                              Respectfully submitted,

                                                              */s/ Neil C. Gordon*
                                                              Neil C. Gordon
                                                              State Bar No. 302387
                                                              Chapter 7 Trustee
                                                              171 17th Street, N.W., Suite 2100
                                                              Atlanta, Georgia 30363-1031
                                                              (404) 873-8596
                                                              Email: neil.gordon@agg.com

16975709v1

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing pleading upon the following parties by depositing same in the United States Mail, postage prepaid, addressed to:

Office of the U.S. Trustee
362 Richard Russell Bldg.
75 Ted Turner Drive, S.W.
Atlanta, GA  30303

Tyler Ryan Patrick
1687 Terrell Ridge Dr.
Marietta, GA 30067

This 29th day of August, 2022.
.

/s/ Neil C. Gordon
Neil C. Gordon

16975709v1