**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER   7 |
| | ) | |
| TYLER RYAN PATRICK, | ) | |
| | ) | CASE NO.   22-55518-BEM |
| Debtor. | ) | |
| | ) | |

**MOTION TO VACATE ORDER GRANTING DEBTOR'S**
**APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE**

NOW COMES Neil C. Gordon, Chapter 7 Trustee for the estate of Tyler Ryan Patrick (the "Debtor"), and files this Motion to Vacate Order Granting Debtor's Application for Waiver of the Chapter 7 Filing Fee (the "Motion") and in support thereof shows this Honorable Court the following:

1.

Debtor filed the Chapter 7 petition on July 20, 2022 (the "Petition Date"). The meeting of creditors was held on August 24, 2022. At that time, Debtor appeared telephonically, and Trustee conducted and concluded the meeting that day, becoming the permanent Trustee for the estate.

2.

By order entered on July 22, 2022, (the "Order") [Doc. No. 8], the Court granted Debtor's Application for Waiver of the Chapter 7 Filing Fee [Doc. No. 4] but stated therein that the Order was "subject to being vacated at a later time if developments in the administration of this case demonstrate that the waiver was unwarranted."

15031841v1

3.

Trustee shows that Debtor is not entitled to a waiver of the filing fee under 28 U.S.C. §1930(f) as Debtor has acknowledged his ability to pay the filing fee in full or in installments as reflected by his signature to a consent order so providing and which is being submitted contemporaneously with the filing of this Motion.

4.

Accordingly, Trustee believes that it is appropriate to vacate the Order, and Debtor has so consented.

**WHEREFORE,** having filed this Motion, Trustee prays that the Motion is granted and that the Order is vacated and the filing fee paid to the Clerk of the Bankruptcy Court.

Respectfully submitted.

By: */s/ Neil C. Gordon*
    Neil C. Gordon
    State Bar No. 302387
Arnall Golden Gregory LLP
171 17th Street, N.W., Suite 2100
Atlanta, GA 30363-1031
Ph: 404.873.8596 / Fax: 404.873.8597
E-mail: neil.gordon@agg.com
Chapter 7 Trustee for the Estate of
    Tyler Ryan Patrick

15031841v1

## CERTIFICATE OF SERVICE

    I hereby certify that I have this day served a copy of the foregoing Motion to Vacate Order Granting Debtor's Application for Waiver of the Chapter 7 Filing Fee by depositing same in the United States mail, postage prepaid, addressed to:

Office of the United States Trustee
362 Richard B. Russell Federal Bldg.
75 Ted Turner Drive, S.W.
Atlanta, GA  30303

Tyler Ryan Patrick
1687 Terrell Ridge Dr.
Marietta, GA 30067

    This 7th day of September, 2022.

/s/ Neil C. Gordon
Neil C. Gordon

15031841v1