**IT IS ORDERED as set forth below:**

**Date: September 9, 2022**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| TYLER RYAN PATRICK, | ) | |
| | ) | CASE NO. 22-55518-BEM |
| Debtor. | ) | |
| | ) | |

**CONSENT ORDER VACATING THE ORDER GRANTING DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE**

This matter is before the Court on the *Motion to Vacate the Order Granting Debtor's Application for Waiver of the Chapter 7 Filing Fee* (the "Motion") filed by Neil C. Gordon, Chapter 7 Trustee (the "Trustee") for the estate of Tyler Ryan Patrick ("Debtor"). It appears the Motion is well-grounded, and with the consent of Debtor and for good cause shown, it is hereby

15031837v1

ORDERED as follows: (a) the *Order Granting Debtors' Application for Waiver of the Chapter 7 Filing Fee* [Doc No.8] entered on July 22, 2022, is vacated for the reasons set forth in the Motion and with Debtor's consent; and (b) Debtor shall (i) pay the Chapter 7 filing fee ($338.00) in full within thirty (30) days of the date of the entry of this Order, or (ii) begin making installment payments as follows:

$113.00 on or before 10 days from the date of the entry of this Order.

$113.00 on or before 35 days from the date of the entry of this Order.

$112.00 on or before 60 days from the date of the entry of this Order.

**ALL PAYMENTS MUST BE MADE BY MONEY ORDER, CASHIER'S CHECK, ATTORNEY'S CHECK, OR TRUSTEE'S CHECK, PAYABLE TO "CLERK, UNITED STATES BANKRUPTCY COURT" at 1340 Russell Federal Building, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303. Payments may also be made online at**: https://www.ganb.uscourts.gov/onlinepayments

If Debtor fails to timely pay the filing fee as set forth above, this case may be dismissed.

The Clerk is directed to serve a copy of this Order upon Debtor, the Chapter 7 Trustee, and the U.S. Trustee.

**[END OF DOCUMENT]**

[Signatures on following page]

15031837v1

PREPARED AND PRESENTED BY:

ARNALL GOLDEN GREGORY LLP

/s/ Neil C. Gordon
Neil C. Gordon
Ga. Bar No. 302387
171 17th Street, N.W., Suite 2100
Atlanta, GA  30363-1031
Ph: 404.873.8596 / Fax: 404.873.8597
E-mail: neil.gordon@agg.com
Attorneys for Trustee

CONSENTED TO BY:

/s/ Tyler Ryan Patrick
Tyler Ryan Patrick
Debtor

15031837v1

## DISTRIBUTION LIST

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, S.W.
Atlanta, GA  30303

Neil C. Gordon
Chapter 7 Trustee
Arnall Golden Gregory LLP
171 17th Street, N.W., Suite 2100
Atlanta, GA  30363-1031

Tyler Ryan Patrick
1687 Terrell Ridge Dr.
Marietta, GA 30067

15031837v1